IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALEXEY KHOLODKOV,

      Petitioner,

v.                                                                                    Case No.  5D16-1313

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 10, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Ronald E. Fox, Esq., Umatilla, for
Petitioner.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Marjorie Vincent-Tripp,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed

with the trial court and be treated as the notice of appeal from the order partially denying

Petitioner's motion to correct sentence rendered March 18, 2014, and the order denying

the Motion to Correct Illegal Sentence rendered February 16, 2015, in Case No.

1999-CF-3815, in the Circuit Court in and for Marion County, Florida.  See Fla. R. App.

P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, BERGER and WALLIS, JJ., concur.